UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARVIN D. DAVEY,<br><br>                Plaintiff,<br>  vs.<br><br>JEANNIE TARTLEN, Charge Nurse Supervisor,<br><br>               Defendant. | 1:03-cv-1063-JDT-TAB |

**JUDGMENT**

The court, having this day made its Entry, and having directed the entry of final judgment,

**IT IS ADJUDGED AND DECREED** that the defendant's motion for summary judgment is **GRANTED** and that judgment is entered for the defendant and against the plaintiff on his complaint.

The costs of this action are assessed against the plaintiff.

Date: 1/10/2006

Laura Briggs, Clerk
United States District Court

_Evelyn A. Hollins_
By: Deputy Clerk

John Daniel Tinder, Judge
United States District Court

Copies to:

Marvin D. Davey, DOC # 862279
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN 46168

Jeannie Tartlen
5129 Maple Lane
Indianapolis, IN 46219