UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARVIN D. DAVEY, )<br>)<br>         Plaintiff, )<br>    vs.                                                    )         1:03-cv-1063-JDT-TAB<br>)<br>JEANNIE TARTLEN, Charge Nurse Supervisor,  )<br>)<br>         Defendant. ) | |

# E N T R Y

    The plaintiff's motion for status review filed on January 17, 2006, is **granted.** As he is aware, final judgment was entered in this action on January 12, 2006, consistent with the court's ruling on the defendant's motion for summary judgment. Beyond this, each party has been provided with a copy of the docket sheet as part of the short record on appeal which the clerk issued on January 20, 2006, following the filing of the notice of appeal on January 19, 2006. The status of this action, in short, is that final judgment has been issued and the plaintiff has filed an appeal from that disposition.

**IT IS SO ORDERED.**

Date: 01/26/2006

_____

John Daniel Tinder, Judge
United States District Court

Copies to:

Marvin D. Davey, DOC # 862279
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN 46168

Jeannie Tartlen
5129 Maple Lane
Indianapolis, IN 46219